1  BRIAN TOMINA, Bar No. 255386
2  5900 Wilshire Blvd., Suite 2600
   Los Angeles, CA 90036
3  Telephone: (248) 327-6556
4  Facsimile: (248) 436-3385
   notifications@oliverlg.com
5  www.legalactionnow.com

6
7  Attorney for Plaintiff

8
9             UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
10

11 STEVEN HODGES,                    )   Case No.: 2:13-cv-02849-RGK-JC
12                                   )
   Individually and on Behalf of A   )   Hon. R. Gary Klausner
13 Others Similarly Situated,        )
14                                   )   PLAINTIFF'S NOTICE OF
        Plaintiffs,                  )   VOLUNTARY DISMISSAL
15                                   )   AGAINST DEFENDANT
16      vs.                          )   VITAMIN SHOPPE, INC.
                                     )   PURSUANT TO FRCP RULE
17 VITAMIN SHOPPE, INC.              )   41(a)(1)(A)(i)
18                                   )
        Defendant.                   )
19 _____   )
20
21
22
23
24
25
26
27
                                                         2:13-cv-02849-RGK-JC
28 _____
                                    1
            PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AGAINST
              DEFENDANT PURSUANT TO FRCP RULE 41(a)(1)(A)(i)

TO THE HONORABLE R. GARY KLAUSNER AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Plaintiff Steven Hodges wishes to voluntarily dismiss this action against Defendant Vitamin Shoppe, Inc., pursuant to F.R.C.P. Rule 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment in this action, and therefore F.R.C.P. Rule 41(a)(1)(A)(i) is applicable. Plaintiff voluntarily dismisses this action without prejudice.

Respectfully submitted,

DATED: April 5, 2013

**OLIVER LAW GROUP, P.C.**

/s/Brian Tomina
Brian Tomina, Bar No. 255386
notifications@oliverlg.com
www.legalactionnow.com

/s/ Nick Suciu III
Nick Suciu, III (MI P72052)
*Admitted Pro Hac Vice*
950 W. University Dr., Ste. 200
Rochester, MI 48307
(248) 327-6556
nsuciu@oliverlg.com
www.legalactionnow.com

*Attorneys for Plaintiff*
*Steven Hodges*

2:13-cv-02849-RGK-JC

2

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AGAINST
DEFENDANT PURSUANT TO FRCP RULE 41(a)(1)(A)(i)